(102 So. 920)

Laniel BRYANT v. CITY OF BIRMINGHAM. (6 Div. 453.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Cir-

cuit Court, Jefferson County; Joe C. Hail, Judge.

BRICKEN, P. J. This appellant appeals from a judgment of conviction in the circuit court of Jefferson county, wherein the city of Birmingham was plaintiff. The offense for which he was convicted was the violation of the prohibition laws of said city. The cause is here submitted upon motion to affirm the judgment appealed from. As there is no bill of exception, nor assignment of error, the motion is granted, and the judgment rendered in the circuit court is affirmed. Affirmed.